UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 06-CV-00061-HRW

FASTENAL COMPANY,                                                                           PLAINTIFF,

VS:

GREG CRAWFORD, et al,                                                                        DEFENDANTS.

### DEFENDANTS GREG CRAWFORD, TODD ROBINSON, ERIC MILLER, AND TRISTATE INDUSTRIAL SUPPLY'S MOTION FOR JUDGMENT AS A MATTER OF LAW, AND/OR MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT OR PLEADING IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL AND/OR REMITTITUR

Comes the defendants, Greg Crawford, Todd Robinson, Eric Miller, and TriState Industrial Supply, Inc., by and through counsel, pursuant to FRCP Rule 59; FRCP Rule 50 (a)(1)(A)(B) and FRCP Rule 50 (b)(1)(2)(3)(c), moves this Court for Judgment as a Matter of Law on all claims and/or Judgment Notwithstanding the Verdict or pleading in the alternative, a Motion for a New Trial and/or Remittitur, the defendants attach a Brief in support of same.

Respectfully submitted,

 /s/Sharon E. Rowsey
SHARON E. ROWSEY
Attorney for Defendant's Greg Crawford, Todd Robinson,
 Eric Miller, and Tri-State Industrial Supply, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 29,2008, I electronically filed the foregoing with the Clerk of Courts by using CM/ECF system, which will send notice of electronic filing to the following:

Hon. Leigh Latherow
VanAntwerp, Monge, Jones, Edwards
& McCann
1544 Winchester Ave., fifth floor
Ashland, KY 41101
llatherow@vmje.com

Hon, Michael Endicott
225 Court Street
Paintsville, KY 41240
endicotm@bellsouth.net


 /s/Sharon E. Rowsey